Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

UNITED STATES OF AMERICA

vs.  Crim. No. 1:02CR00081-1

Cari Townsend Rhodes

On 07/02/2002 the above named was placed on Probation for a period of 5 years. She has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that Cari Townsend Rhodes be discharged from supervision.

Respectfully submitted,

Glynis L. Eaton
U.S. Probation Officer Assistant

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Probation and that the proceedings in the case be terminated.

Date this 23rd day of October, 2006.

Lacy H. Thornburg
U.S. District Judge